UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-765-MOC
(3:19-cr-279-MOC-DCK-2)

| | |
|---|---|
| DONNA GRAVES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court *sua sponte*.

Georgia attorney Katryna Lyn Spearman seeks admission in this case *pro hac vice*. [Doc. 2]. This Court's Local Rules provide for pro hac vice admission in a particular case by an attorney who is a member in good standing in the Bar of a United States District Court, the Bar of the highest court of any state or the District of Columbia. LCvR 83.1(b). Such a candidate for admission must associate local counsel and be accompanied by local counsel at all hearings unless otherwise permitted by the Court. Id.  Special admissions are discretionary.  See LCvR 83.1(c).

The instant Motion purports to be filed by a member in good standing of this Court, Andy C. Brooks, on behalf of Ms. Spearman, however, Mr. Brooks has not appeared in this case. See LCvR 83.1(e) ("Each attorney appearing of record in any matter must file an individual entry or notice of appearance using the attorney's ECF User ID…."). Mr. Brooks will be ordered to appear in this case before the Court rules on the pending Motion for Admission *Pro Hac Vice*.

**IT IS, THEREFORE, ORDERED** that local counsel Andy C. Brooks shall enter a Notice of Appearance in this action within **ten (10) days** of this Order.

The Clerk is respectfully instructed to transmit an electronic copy of this Order to Mr. Brooks at his email address of record with the Court.

Signed: November 30,

Max O. Cogburn Jr
United States District Judge